So Ordered.

Signed this 26 day of June, 2024.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

    MARK D. ARAGONA,                    Case No. 17-11080

              Debtor.                    Chapter 7

_____

APPEARANCES:

Javier Jose Mendez, Esq.
LEMERY GREISLER, LLC
*Attorneys for Debtor, Mark D. Aragona*
677 Broadway, 8th Floor
Albany, New York 12207

Steven M. Cohen, Esq.
TIVERON LAW PLLC
*Attorneys for Stockton Delta Resort, LLC, Kerrville Camp Resort, LLC*
HoganWillg PLLC
2410 N. Forest Road, Suite 301
Getzville, NY 14068

Corey J. Hogan
*Pro-Se*
5630 Davison Road
Clarence, NY 14031

Robert E. Littlefield, Jr., United States Bankruptcy Judge

{LG 007710I4 1}                                                                        1

## **DECISION AND ORDER**

Currently before the Court is an application to prohibit Corey J. Hogan (the "Application"), a party to these proceedings and a currently suspended attorney formerly admitted to practice in the State of New York, from conducting the deposition of Mark D. Aragona at an examination before trial scheduled to take place on June 26th, 2024 at 9:30 am.

The positions of the parties are set forth in submissions to the Court filed by Javier Mendez, Esq. on June 24, 2024 at Doc 144, by Steven M. Cohen, Esq. on June 25, 2024 at Doc 149, by Corey J. Hogan, Pro Se, on June 25, 2024 at Doc 150, and by Javier Mendez, Esq. on June 25, 2024 at Doc 151.  A hearing was held on Debtor's application at 2:30 pm on June 25th.

Based on a review of all documents submitted in this case referenced above, the case law and statutory law cited therein, and oral arguments and over the objection of Javier J. Mendez, Esq. attorney for the Debtor, this Court denies Debtor's Application and declines to prohibit Mr. Hogan from conducting the deposition of Mark D. Aragona on Mr. Hogan's own behalf, which the Court finds to be within the scope of *pro se* representation. Mr. Hogan will not be appearing for any "person [or party] other than himself."  Mr. Steven Cohen will be appearing on behalf of Stockton Delta Resort, LLC, HoganWillig PLLC and Kerrville Resort LLC.

This Order does not preclude the Debtor from making any objections during the examination of the Debtor.

# # #