UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    Mark D. Aragona,

          Debtor.

Case No. 17-11080

Chapter 7

## AMENDMENT TO DEBTOR'S PRETRIAL STATEMENT

Debtor Mark D. Hogan ("Debtor") through his attorneys Lemery Greisler LLC, respectfully amends his pretrial statement (ECF Doc. 229) to add an additional exhibit inadvertently omitted.

<u>Exhibit 9</u> – Court's docket in adversary proceeding 20-90021 (Stockton Delta Resort, LLC et al. v. Mark D. Aragona).

Dated: February 4, 2026

LEMERY GREISLER LLC

_____
Paul A. Levine, Esq.
Javier J. Mendez, Esq.
Attorneys for Debtor Mark D. Aragona
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800

1